DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GEORGE R. GALLUZZO, JR.** a/k/a **GEORGE R. GALLUZZO**
a/k/a **GEORGE GALLUZZO** and **MELISSA GALLUZZO** a/k/a
**MELISSA N. GALLUZZO,**

Appellants,

v.

**PENNYMAC CORP., JAMES THIES, FLORIDA COMMUNITY BANK,
N.A., SUCCESSOR BY MERGER TO GREAT FLORIDA BANK,
CAPITAL ONE BANK (USA), N.A., BANKERS HEALTHCARE GROUP,
INC., FIXEL & LA ROCCO,** and **SANDY T. FOX, P.A.,**

Appellees.

No. 4D18-3616

[October 24, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. 062015CA021551AXXXCE.

Bruce K. Herman of The Herman Law Group, P.A., Fort Lauderdale, for appellants.

Nancy M. Wallace of Akerman LLP, Tallahassee, William P. Heller of Akerman LLP, and Eric M. Levine of Akerman LLP, West Palm Beach, for appellee PennyMac Corp.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***